UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
SOUTHERN DIVISION, AT CHATTANOOGA

| | | |
|---|---|---|
| Robert Tolf | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Case No. _____ |
| | ) | |
| The City of Cleveland, Tennessee; and | ) | JURY DEMAND |
| Sam Painter | ) | |
| | ) | |
| Defendants | ) | |

## NOTICE OF REMOVAL
### 28 U.S.C. §1441 & §1446

COME Defendants, City of Cleveland, Tennessee and Sam Painter (collectively referred to as "Defendants"), through undersigned counsel, pursuant to 28 U.S.C. §1441 and 28 U.S.C. §1446, and file this Notice of Removal. As grounds therefore, Defendants, would show as follows:

I.

That the Plaintiff filed his Complaint against Defendants, on or about September 28, 2021, in the Circuit Court of Bradley County, Tennessee, Civil Action No. V-21-486.

II.

That a Summons issued for Defendant, City of Cleveland, Tennessee, and a copy of the Complaint were received by the City of Cleveland on or about December 22, 2021.

That a Summons issued for Defendant, Samuel Painter, and a copy of the Complaint were

Case 1:22-cv-00012-TRM-SKL    Document 1    Filed 01/12/22    Page 1 of 4    PageID #: 1

received by Samuel Painter on December 22, 2021..

III.

That Plaintiff brought this matter pursuant to 42 U.S.C. §1983 and §1988 and has alleged violations of his rights under the Fourth Amendment to the United States Constitution.

IV.

That, pursuant to 28 U.S.C. §1441 and 28 U.S.C. §1446, the Defendants are entitled to remove this case to this Court.

V.

That this Notice of Removal is timely filed pursuant to 28 U.S.C. §1446(b) in that it is filed within thirty (30) days after the receipt by the Defendants of the Summons and Complaint.

VI.

That, according to the Plaintiff's Complaint, this case involves an incident that occurred in Bradley County, Tennessee.

That this Court is the district court for the district embracing Bradley County, Tennessee.

That, pursuant to 28 U.S.C. §1331, this Court has jurisdiction over this case.

VII.

That Exhibit A contains all the process, pleadings, or other documents contained in the court file of the Circuit Court of Bradley County, Tennessee, Case No. V-21-486.

VIII.

That each Defendant consents to the removal of this action to the U.S. District Court for the Eastern District of Tennessee.

IX.

That Defendants expressly reserve the right to raise all defenses and objections in this case after this action has been removed to this Court.

WHEREFORE, Defendant pray that the above-referenced cause of action be removed from the Circuit Court of Bradley County, Tennessee, to this Honorable Court.

ROBINSON, SMITH & WELLS, PLLC

By:    s/ *Philip Aaron Wells*
       Ronald D. Wells, BPR# 011185
       Philip Aaron Wells, BPR# 036248
       Suite 700, Republic Centre
       633 Chestnut Street
       Chattanooga, TN   37450
       Telephone:    (423) 756-5051
       rwells@rswlaw.com
       awells@rswlaw.com
       *Attorneys for Defendants, City of Cleveland*
       *Tennessee and Samuel Painter*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 12th day of January 2022, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

This the 12th day of January, 2022.

Robinson, Smith & Wells, PLLC

By: _____ *s /Philip Aaron Wells* _____

cc: John M. Wolfe, Jr., Attorney
Law Offices of John M. Wolfe, Jr.
707 Georgia Ave., Suite 302
Chattanooga, TN 37402
*Attorney for Plaintiff*

dlw/1621/RDW/clevelandtolf.notice of removal.federal

Page 4 of 4